In the Matter of ERIC C. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; BARBARA C., Appellant. [912 NYS2d 892]—

In a child protective proceeding pursuant to Family Court Act article 10, the mother appeals from an order of fact-finding and disposition of the Family Court, Suffolk County (Tarantino, Jr., J.), dated January 15, 2010, which, after a fact-finding hearing, inter alia, found that she neglected the subject child.

Ordered that the order of fact-finding and disposition is affirmed, without costs or disbursements.

The mother appeals from an order finding that she neglected her son by failing to supply him with an adequate education (*see* Family Ct Act § 1012 [f] [i] [A]). The petitioner met its burden of establishing educational neglect by a preponderance of the evidence (*see* Family Ct Act § 1046 [b] [i]; *Matter of Cunntrel A. [Jermaine D.A.]*, 70 AD3d 1308 [2010]; *Matter of Evan F.*, 48 AD3d 811 [2008]; *Matter of John N.*, 19 AD3d 497, 498-499 [2005]). The petitioner submitted unrebutted evidence of excessive school absences, and the mother failed to offer a

reasonable justification for the absences (*see Matter of Cunntrel A. [Jermaine D.A.]*, 70 AD3d at 1308; *Matter of Evan F.*, 48 AD3d at 811; *Matter of John N.*, 19 AD3d at 498-499).

The mother's remaining contentions are without merit. Rivera, J.P., Dickerson, Lott and Sgroi, JJ., concur.